# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

CARL ROGERS

NO. 2020 KW 0542

**AUGUST 17, 2020**

---

In Re:    Carl Rogers, applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, No. 15-CR7-127905.

---

**BEFORE:    WHIPPLE, C.J., GUIDRY AND WOLFE, JJ.**

**WRIT GRANTED.** The district court is ordered to act on relator's motion for production of documents, filed October 22, 2018, on or before September 15, 2020. A copy of the district court's action shall be filed in this court on or before September 21, 2020.

**VGW**
**JMG**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT